UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



LAWRENCE N. JAMES,

    Plaintiff,

-against-

PETER ZSOLT LEVI, et al.,

    Defendants.

19-CV-5712 (LTS) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

Due to a conflict on the Court's calendar, the status conference scheduled for January 16, 2020, at 10:00 a.m., is RESCHEDULED for **January 16, 2020, at 10:30 a.m.**

Dated: New York, New York
       January 13, 2020

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**