UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAWRENCE N. JAMES,

        Plaintiffs,

-against-

PETER ZSOLT LEVI, et al.,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/30/20

19-CV-5712 (LJL) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    In light of the ongoing national public health emergency, the status and settlement conferences scheduled for **April 22, 2020, at 2:00 and 2:15 p.m.,** respectively, will be conducted telephonically. At 2:00 p.m., the parties and their counsel shall call into the below teleconference:

    Call in number:    888-557-8511
    Access Code:    7746387

    All other provisions of the Court's Order Scheduling Settlement Conference (Sched. Order) (Dkt. No. 26) and Order dated March 3, 2020 (Dkt. No. 28), remain in effect, including the requirements that, no later than **April 15, 2020**, (1) the parties conduct "at least one good-faith settlement discussion, in person or by telephone, and that each party convey to each opposing party at least one good-faith settlement demand or offer," Sched. Order ¶ 2; (2) each party submit a confidential settlement letter to chambers by email, *id*. ¶ 3; and (3) each party submit the Acknowledgment Form attached to the Court's Scheduling Order to chambers by email, and serve in on all other parties, identifying the individuals who will attend the settlement conference telephonically. When the parties complete their pre-conference submissions, they will be provided a security code (in addition to the access code above) to ensure that the settlement conference remains confidential.

    If the parties wish to conduct their settlement conference via videoconference, they must seek Court permission in advance, identify the teleconferencing facility they propose, and be prepared to satisfy the Court's staff that the facility is suitable for the purpose.

Dated: New York, New York
       March 30, 2020

                                  **SO ORDERED**.

                                  _____
                                  **BARBARA MOSES**
                                  **United States Magistrate Judge**