```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/23/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAWRENCE N. JAMES,

        Plaintiff,

-against-

PETER ZSOLT LEVI, et al.

        Defendants.

19-CV-5712 (LJL) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated during today's telephonic status conference, it is hereby

ORDERED:

1. The deadline to complete fact discovery is EXTENDED for the limited purpose of (a) completing defendant Peter Zsolt Levi's deposition, which the parties shall promptly accomplish and (b) completing (at defendant's option) a post-surgery deposition of plaintiff James, which shall be limited to two hours.

2. The deadline to complete expert discovery (and all discovery) is EXTENDED to **September 30, 2020**. No further extensions of that deadline will be granted absent compelling reasons.

3. The settlement conference currently scheduled for August 6, 2020, at 2:15 p.m. is ADJOURNED to **September 15, 2020, at 2:30 p.m.**, and will take place via teleconference or videoconference, as further discussed in the Court's June 17 Order (Dkt. No. 37). No later than **September 8, 2020**, the parties shall submit the pre-conference documents required by ¶¶ 3-4 of the Court's Order Scheduling Settlement Conference dated January 17, 2020 (Dkt. No. 26), via email to chambers. All other provisions of the January 17 Order Scheduling Settlement Conference remain in effect.

Dated: New York, New York
       June 23, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**