```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/20/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAWRENCE N. JAMES,

        Plaintiff,

  -against-

PETER ZSOLT LEVI, et al.

        Defendants.

19-CV-5712 (LJL) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Due to a conflict on the Court's calendar, the settlement conference scheduled for September 15, 2020, at 2:15 p.m. is ADJOURNED to **September 30, 2020, at 2:15 p.m.** The conference will take place via teleconference or videoconference, as further discussed in the Court's June 17 Order (Dkt. No. 37). No later than **September 23, 2020**, the parties shall submit the pre-conference documents required by ¶¶ 3-4 of the Court's Order Scheduling Settlement Conference dated January 17, 2020 (Dkt. No. 26), via email to chambers. All other provisions of the January 17 Order Scheduling Settlement Conference remain in effect.

Dated: New York, New York
       August 20, 2020

                    **SO ORDERED**.

                    _____
                    **BARBARA MOSES**
                    **United States Magistrate Judge**