

77 Water Street, Suite 2100
New York, NY 10005
Telephone: 212.232.1300
Fax: 212.232.1399
www.lewisbrisbois.com

KEVIN ZIMMERMAN
DIRECT DIAL: 646-666-7695
E-MAIL:
kevin.zimmerman@lewisbrisbois.com

December 29, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/30/20

**VIA ECF**

Magistrate Judge Barbara Moses
United States District Court
500 Pearl Street, Courtroom 20A
New York, New York

**MEMO ENDORSED**

      Re:    *Lawrence N. James v. Peter Zsolt Levai et al.*
             Venue        :    US Dist. Court, Southern Dist. of NY
             Index No.   :    19-cv-5712
             Our File No. :    31165.305

Dear Judge Moses:

      Please allow the following to serve as the parties' joint request for an adjournment of the settlement conference scheduled for January 7, 2021.

      The parties continue to work together with respect to completion of all discovery in this matter. The parties are working together to complete the remaining discovery, including expert reports and expert depositions. This has taken the parties a bit longer than expected due to the holiday season and COVID delays.

      Accordingly, the parties request an adjournment of the settlement conference to a date convenient with the court in the middle of February whereby the parties should have all final outstanding issues resolved and be in position to have productive settlement negotiations.

      Thank you for Your Honor's attention to this matter.

ATLANTA • BEAUMONT • CHARLESTON • CHICAGO • FORT LAUDERDALE • HOUSTON • LAFAYETTE • LAS VEGAS • LOS ANGELES • NEW ORLEANS
NEW YORK • ORANGE COUNTY • PHOENIX • SACRAMENTO • SAN BERNARDINO • SAN DIEGO • SAN FRANCISCO • TAMPA • TUCSON

4825-8138-7221.1

Very truly yours,

/s/ Kevin Zimmerman
LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Douglas Milch
WINGATE, RUSSOTTI, SHAPIRO &
HALPERIN, LLP

Application GRANTED. The settlement conference currently scheduled for January 7, 2021, at 2:15 p.m. is hereby ADJOURNED to **February 16, 2021, at 2:15 p.m.** No later than **February 8, 2021**, the parties shall submit the pre-conference statements required by ¶¶ 3-4 of the Court's Order Scheduling Settlement Conference dated January 17, 2020 (Dkt. No. 26) via email to chambers. The other provisions in the January 17 Order and the Court's Order dated June 17, 2020 (Dkt. No. 37) remain in effect.

This is the fifth time the Court has rescheduled the settlement conference at the parties' request. Each adjournment requires the Court to reserve time on its calendar, making that time unavailable to other parties in other cases. If the parties are once again not prepared for the conference on February 16, the Court will adjourn the conference *sine die*. SO ORDERED.

_____
Barbara Moses, U.S.M.J.
December 30, 2020

4825-8138-7221.1