```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/17/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
LAWRENCE N. JAMES,                                                 :
:
                    Plaintiff,                                     :
:                    19-cv-5712 (LJL)
         -v-                                                       :
:                    ORDER
:
PETER ZSOLT LEVI, COWAN SYSTEMS, LLC &                             :
COWAN EQUIPMENT LEASING                                            :
:
                    Defendants.                                    :
                                                                   X
--------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

     Parties are directed to appear for a telephonic conference on February 24, 2021 at 2:00 p.m.  Parties are directed to dial (888) 251-2909 and use access code 2123101.  Parties should be prepared to address a schedule for motions and for trial.

     SO ORDERED.

Dated: February 17, 2021
       New York, New York                                   LEWIS J. LIMAN
                                                            United States District Judge